```
 1
 2
 3
 4
 5
 6
 7                  IN THE UNITED STATES DISTRICT COURT
 8                FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
    JEFF L. HANSEN,                  )
10                                   )      CV. S-04-317 GEB JFM
                     Plaintiff,      )
11                                   )
              v.                     )
12                                   )      ORDER
    THE BURLINGTON NORTHERN AND      )
13  SANTA FE RAILWAY COMPANY, a      )
    Delaware corporation,            )
14                                   )
                     Defendant.      )
15  ─────────────────────────────────)
```

On May 23, 2005, the parties lodged a "Joint Stipulation and Order to Extend Close of Discovery Deadline."  The parties have not shown that the change they propose is supported by good cause.  As the Status (Pretrial Scheduling) Order states, "a mere stipulation by itself to change dates does not constitute good cause."  (Order filed June 17, 2004, at 9.)  Therefore, the parties' proposal is denied.

IT IS SO ORDERED.

DATED: May 24, 2005

                                    /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge